IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DENNIS BOHANNON             PLAINTIFF

v.       No. 3:23-cv-120-DPM

NICK HAYNES              DEFENDANT

## ORDER

Bohannon's motion for default, *Doc. 6*, is denied without prejudice. The plaintiff may not serve the summons and complaint, FED. R. CIV. P. 4(c)(2), but Bohannon did so, *Doc. 3*. The Court directs the Clerk to reissue summons and return it with a copy of the complaint to Bohannon for completion of service. And the Court extends the time for service until 4 December 2023 for good cause.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2023