IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DENNIS BOHANNON                                        PLAINTIFF

v.                              No. 3:23-cv-120-DPM

NICK HAYNES                                            DEFENDANT

## ORDER

The Court received the attached letter dated 26 August 2023. It appears to be a *pro se* answer; but it's unsigned, and the individual sender is unknown. LOCAL RULE 5.5(c)(2). The letter was sent on Crisp Contractors Inc.'s letterhead. But Crisp Contractors isn't a party in this case; it's employee, Nick Haynes, is. And Haynes still hasn't been served. *Doc. 9 at 2*. The Court directs the Clerk to return this letter to Crisp Contractors. Bohannon has until 4 December 2023 to complete service on Haynes.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2023





1598 East Thompson Ave.
West Memphis, AR. 72301
(P) 870-735-7353
(F) 870-735-8331

August 26, 2023

United States District Court
For Eastern District of Arkansas
Tammy H. Downs

And Dennis Bohannon
1136 Lake Rest Road
Proctor, Arkansas 72376

Re: Civil Action No. 3:23-cv-00120 DPM

The reference civil complaint of discrimination, assault and wrongful termination are simply not true. See attached EEOC report dated July 7,2021.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

| | |
|---|---|
| Dennis Bohannon | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:23-cv-00120 DPM |
| Nick Haynes | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nick Haynes

9/18/2023

Scott Frater

Durand Martin, U.S, #670

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Dennis Bohannon
1136 Lake Rest Road
Proctor, Arkansas 72376

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**TAMMY H. DOWNS**

*CLERK OF COURT*

Date:        09/07/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00120 DPM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   *NICK HAynes*

was received by me on *(date)*   *9/14/2023*

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   *Scott Fraley* , who is

designated by law to accept service of process on behalf of *(name of organization)*   *Crisp Contractors*
*Supervisor*                              on *(date)*  *9/18/2023*  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   *0* .

I declare under penalty of perjury that this information is true.

Date:  *9/18/2023*

*Gerald Martin*
Server's signature

*Gerald Martin, P/s #670*
Printed name and title

*350 Arco Rd West Memphis, AR,*
Server's address

Additional information regarding attempted service, etc:

defendant at _1598 Thompson Ave. West Memphis_ ,
     (street address)                   (city)
_Crittenden_ , _Ark_ . _72301_ .
(county)       (state)       (ZIP)

5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9

and 10 of the complaint on or about __12__ __17__ __2020__ .
                  (month)      (day)      (year)

6.    Plaintiff filed charges against the defendant with the Equal Employment

Opportunity Commission charging defendant with the acts of discrimination indicated in

paragraphs 9 and 10 of this complaint on or about __03__ __31__ __2021__ .
                               (month)   (day)   (year)

7.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue

which was received by plaintiff on __07__ __21__ __2021__ , a copy of which notice
                          (month)  (day)  (year)
is attached to this complaint.

8.    Because of plaintiff's (1) _____ race, (2) _____ color, (3)_____ sex,

(4) _____ religion, (5) _____ national origin, defendant:  other

    (a) _____ failed to employ plaintiff.

    (b) _X_ terminated plaintiff's employment.

    (c) _____ failed to promote plaintiff.

    (d) _assulted, and wrongfully_
    _terminated._

9.    The circumstances under which the defendant discriminated against plaintiff were
I Dennis Bohannon worked for crisp contracto
in 2020 and on Dec, 17, 2020 I was at work
at 9:00 and got ready for work and on in
the day one of the powers had stop.

*Copy for Clerk*

*J 11/2015)*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
_Northern_ **DIVISION**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 22 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Dennis Bohannon
Jamicia Bohannon (wife)

_____
(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 3:23-CV-00120-DPM
(case number to be supplied by the assignment clerk)

Nick Haynes

_____
(Name of defendant or defendants)

This case assigned to District Judge _Marshall_
and to Magistrate Judge _Volpe_

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.    Plaintiff, _Dennis Bohannon_, is a citizen of the United States and resides at _1360 Lake Rest Rd_,
(street address)
_Proctor_, _Crittenden_, _Ark_, _72376_
(city)        (county)        (state)        (ZIP)
_870-325-9292_
(telephone)

3.    Defendant, _Nick Haynes_, lives at, or its business is located at _1598 Thompson Ave_, _West Memphis_
(street address)                          (city)
_Crittenden_, _Ark_, _72301_.
(county)        (state)        (ZIP)

4.    Plaintiff sought employment from the defendant or was employed by the

PLEASE GIVE A DESCRIPTION OF THE PERSON WHO IS TO BE SERVED.

INFORMATION REQUIRED BY THE POLICE DEPARTMENT FOR SERVICE OF
WARRANT/SUMMONS

NAME: _Nick Heynes_

ADDRESS: _1598 Thompson Ave_

SEX: _M_     RACE: ~~Blk~~ _white_     AGE: ~~20~~     HAIR: _Grey_     EYES: _Brown_

HEIGHT: _5'9_          WEIGHT: _N/A_          DATE OF BIRTH: _____

DISTINGUISHING MARKS (Scars, Tattoos) _____

_____

VEHICLE: _2021 Platinum_

EMPLOYMENT: _Crisp Contractors_

12:43   55°   64°

**Cuzz**
+18705596493

**C** Bru I never said I was nt going to do it but ok carry on brother

U didn't have to action. Speak dan words rite?? It been a wee sum no call or txt
11:06 AM

**C** Ok   11:08 AM

Rite.. so if u was gne do it u w did it by now rite?. Rite.. hell u dne been threw alot of suits ri Ok den u no its a time limit.. s wasn't gne hld frm the get go.. both yall at the same time my wrote his shit an goin in da an
11:11 AM   me... its kool doe my guy

Young Jessie Jackson lukin a
11:15 AM   nigga



**Steve**
+18703172919

S  still working for Nick just under crisp

8:50 PM  Aww

S  Come fill it out Monday.  8:51 PM

8:51 PM  An giv

S  Give it to Pj. She will get it to me. But
probably the first of March I will have
you fill out all the paperwork and start
you to work. Cause we gone be busy
as fuck this year. And Justin needs
some to boss around.

😅😅😅

| | |
|---|---|
| **From:** | KRISHARNA BLACKMAN |
| **To:** | dennisbohannon@yahoo.com |
| **Subject:** | SIGN CHARGE REMINDER EEOC 493-2021-00441 |
| **Date:** | Monday, March 29, 2021 10:01:00 AM |

Dear Mr. Bohannon:

A digital charge was sent to you for digital signature on March 17, 2021, via the EEOC digital on-line portal.  You have not yet digitally signed your Charge.   EEOC will be unable to process a complaint unless you digitally sign your Charge.

To sign your Charge, log on to the EEOC Portal with a desktop or laptop computer at:
https://publicportal.eeoc.gov/portal/SignIn.aspx?From=Home


**1. Scroll to the bottom of the page and click "SIGN AND FILE" button**
**2. Check the "Checkbox" in the popup window attesting to the truthfulness of your Charge**
**3. Click the "FILE CHARGE" button**

I recommend that you <u>do NOT input comments</u> or attempt to communicate with EEOC via the comments box, as doing so may delay your Charge.  Instead, call or email me with questions or concerns.

IF WE HAVE NOT HEARD FROM YOU WITHIN 10 DAYS OF THIS EMAIL, WE WILL ASSUME THAT YOU DID NOT INTEND TO FILE A CHARGE OF DISCRIMINATION WITH US.


*If you have decided not to file a Charge, please notify me by return email.


Thank you,

Krisharna Blackman
US Equal Employment Opportunity Commission
Little Rock Area Office
Phone: 501-324-5076
Fax: 501-324-5991

Job Supervisor


Dennis Bohannon was hired as an employee at Crisp Contractors on February 14, 2020 to be a finish roller operator. He was doing a satisfactory job but was always complaining that he did not make enough money for the job he was doing. I was always repeatedly going back behind him to make sure he got all of his roller marks out and told him over and over he was the one that would make the job look good.  He did not want to engage in any other of the paving activities except for doing the roller operator position. He was always very loud and kept a lot of ANIMOSITY and TENSION built up amongst the guys on the paving crew. So being dissatisfied with the job he was doing on the roller, I took Dennis off the roller and put another guy in his place.  I told Dennis I would try him at another position and see how he would do. I put him running the screw on the back of the paver. He was being trained by another employee that has been at that position for 15 plus years. Dennis still had a problem with staying focused and doing the job correctly. He was approached on December 17 by our boss, Nick Haynes, that he wasn't doing the job correctly and was told how important it was to stay focused and pay attention because he was running the grade side of the paver. Dennis got upset because he was reprimanded for not doing the job correctly, jumped off the paver and got on his cell phone. I had to get someone else to do his position for the rest of the day. We were winding our year down and going into our winter season, and I told Dennis I would call him back if I needed him next year.

Steve Lemons
Job Supervisor

Vice President's EEOC Response

1) Dennis Bohannon worked with a sister company, DKB Contractors, LLC.  Mr. Bohannon's first date of hire with DKB Contractors was on 10-16-15 with a separation date of 6-24-16.  The reason for his separation was due to him not coming to work.  DKB rehired him on 6-1-17 with a separation date of 8-24-18.  He was terminated for a second time because he could not get along with Steve Lemons and the rest of the crew.  He was temporarily transferred to work for Crisp Contractors to see if he would be a better fit with a different crew but chose to quit because he did not like it.

2) Mr. Bohannon was rehired by Crisp 2-14-20.  By that time, Crisp had purchased the asphalt division from DKB Contractors.  Throughout his employment with Crisp, he had a couple of problems with fellow employees.  Mr. Bohannon got mad on 12-17-20 and did not return to work. Dennis Bohannon was not hired as paver operator, but a roller operator, as verified by time sheets.

3) Steve Lemons is the asphalt superintendent that Dennis Bohannon directly worked for.

4) The Vice President did not mistreat Dennis and very seldom even talk to Dennis.

5) The Vice President saw mistakes Dennis was making on the back of the paver and stopped the paver and crew and pointed out the problem. The paving crew immediately reacted and corrected the problems.  Dennis was instructed to pay closer attention to what he was doing at which time he got mad and walked away.  Dennis did not return to assist the crew in the corrections.

6) Dennis remained an active employee of Crisp Contractors Inc. through December 31, 2020 with active insurance paid by the company to this time.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
FAX (501) 324-5991
Website: www.eeoc.gov

Dennis Bohannon, Jr.
1418 Lakerest Road, Apt. 2
Proctor, AR 72376

Re:   Dennis Bohannon, Jr. vs. Crisp Contractors
      EEOC Charge No.: 493-2021-00441

Dear Mr. Bohannon:

**This letter is to inform you the Commission is terminating the processing of your charge and gives notice of your right to file suit within 90 days. No further action will be taken by this office regarding your charge of discrimination. This determination concludes the processing of the charge by the EEOC, but does not affect your right to sue on your own behalf. You may pursue the matter by filing in Federal District Court as explained in the Dismissal and Notice of Rights. <u>You will receive an e-mail notification when the Dismissal and Notice of Rights has been uploaded into the Portal and available for you to download.</u>**

On May 5, 2021 a copy of the Respondent's position statement was released to you through the EEOC portal and you provided several documents in response to the position statement. After receiving your responses to the position statement, all evidence collected during the investigation was thoroughly reviewed. The investigation revealed the following facts:

You alleged that you were sent home and discharged due to your race, Black, and in retaliation for complaining about the Vice President yelling, in violation of Title VII of the Civil Rights Act of 1964, as amended.

According to the information gathered in the investigation, you complained about Nick Hayes, Vice President, yelling and cursing. This type of complaint does not rise to the level of a protected activity under Title VII of the Civil Rights Act of 1964, as amended, as it is not a complaint of discrimination based on a basis covered by the law. Therefore, if an employer takes action against an employee because they complained of yelling and cursing, it would not be illegal under the law. You alleged that you were sent home on or about December 17, 2020 after a disagreement with Hayes and told not to return to work until after January 1, 2021. According to statements submitted by respondent, you became angry on December 17, 2020 and left work and did not return. Respondent alleged that you had been disrespectful to Hayes in meetings and at one point was moved to work under a different company because of ongoing issues. You alleged that your race was a factor in your discharge because Hayes only yelled at Black employees, however you provided no evidence to support this allegation. While Hayes may have yelled at you, he is not comparative to you since he is a vice president. You provided no evidence of other similarly situated employees of a different race who engaged in similar behavior and were treated better.

You provided several screenshots of text messages in response to the position statement. I reviewed the additional information you submitted, and it is not sufficient evidence to show that

you were subjected to discrimination based on race or retaliation. The text messages indicate that you have had disrespectful communications with your supervisor. Based upon the evidence gathered, EEOC is unable to conclude that there was a violation under the laws enforced by EEOC.

Sincerely,

July 7, 2021

Matilda Louvring
Investigator

Date

Enclosure



**U.S. Equal Employment Opportunity Commission**
**Little Rock Area Office**
820 Louisiana
Suite 200
Little Rock, AR 72201

## NOTICE OF CHARGE OF DISCRIMINATION

(This Notice replaces EEOC FORM 131)

### DIGITAL CHARGE SYSTEM

April 8, 2021

**To:** Denver Crisp
Owner
CRISP CONTRACTORS
phulse@crispcontractors.com

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Dennis R. Bohannon, Jr., under: Title VII of the Civil Rights Act (Title VII). The circumstances of the alleged discrimination are based on Retaliation and Race, and involve issues of Harassment and Discharge that are alleged to have occurred on or about Sep 18, 2020 through Dec 17, 2020.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice:

1. Access EEOC's secure online system: **https://nxg.eeoc.gov/rsp/login.jsf**
2. Enter this EEOC Charge No.: **493-2021-00441**
3. Enter this temporary password: **pb6638fd**

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC. The system will also advise you of possible actions or responses, and identify your EEOC point of contact for this charge.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding the Digital Charge System, you can send an email to LRAO.INTAKE@EEOC.GOV.

**Preservation of Records Requirement**

EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see http://eeoc.gov/employers/recordkeeping.cfm.

**Non-Retaliation Requirements**

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

**Legal Representation**

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.

# U.S. Equal Employment Opportunity Commission

## FEDERAL INVESTIGATION:
## REQUEST FOR POSITION STATEMENT
## AND SUPPORTING DOCUMENTARY EVIDENCE

EEOC hereby requests that your organization submit within 30 days a Position Statement setting forth all facts which pertain to the allegations in the charge of discrimination under investigation, as well as any other facts which you deem relevant for EEOC's consideration.

We recommend you review EEOC's resource guide on "Effective Position Statements" as you prepare your response to this request.

### Fact-Based Position Statement
This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations of the charge.  The position statement should set forth all of the facts relevant to respond to the allegations in the charge, as well as any other facts the Respondent deems pertinent to EEOC's consideration. The position statement should only refer to, but not identify, information that the Respondent asserts is sensitive medical information, or confidential commercial or financial information.

EEOC also requests that you submit all documentary evidence you believe is responsive to the allegations of the charge. If you submit only an advocacy statement, unsupported by documentary evidence, EEOC may conclude that Respondent has no evidence to support its defense to the allegations of the charge.

EEOC may release your position statement and non-confidential attachments to the Charging Party and her representative and allow them to respond to enable the EEOC to assess the credibility of the information provided by both parties. It is in the Respondent's interest to provide an effective position statement that focuses on the facts. EEOC will not release the Charging Party's response, if any, to the Respondent.

If no response is received to this request, EEOC may proceed directly to a determination on the merits of the charge based on the information at its disposal.

### Signed by an Authorized Representative
The Position Statement should be signed by an officer, agent, or representative of Respondent authorized to speak officially on its behalf in this federal investigation.

### Segregate Confidential Information into Separately Designated Attachments
If you rely on confidential medical or commercial information in the position statement, you should provide such information in separate attachments to the position statement labeled "Sensitive Medical Information," "Confidential

Commercial or Financial Information," or "Trade Secret Information" as applicable. Provide an explanation justifying the confidential nature of the information contained in the attachments. Medical information about the Charging Party is not sensitive or confidential medical information in relation to EEOC's investigation.

Segregate the following information into separate attachments and designate them as follows:

     a. Sensitive medical information (except for the Charging Party's medical information).
     b. Social Security Numbers
     c. Confidential commercial or financial information.
     d. Trade secrets information.
     e. Non-relevant personally identifiable information of witnesses, comparators or third parties, for example, social security numbers, dates of birth in non-age cases, home addresses, personal phone numbers and email addresses, etc.
     f. Any reference to charges filed against the Respondent by other charging parties.

## Requests for an Extension

If Respondent believes it requires additional time to respond, it must, at the *earliest possible time* in advance of the due date, make a written request for extension, explain why an extension is necessary, and specify the amount of additional time needed to reply. Submitting a written request for extension of time does not automatically extend the deadline for providing the position statement.

## Upload the Position Statement and Attachments into the Respondent Portal

You can upload your position statement and attachments into the Respondent Portal using the **+ Upload Documents** button. Select the "Position Statement" Document Type and click the **Save Upload** button to send the Position Statement and attachments to EEOC. Once the Position Statement has been submitted, you will not be able to retract it via the Portal.

Dear Small Business Manager:

The Equal Employment Opportunity Commission (EEOC) is the federal agency with primary responsibility for enforcing our nation's equal employment opportunity (EEO) laws. The laws we enforce prohibit job discrimination based on race, color, religion, sex (including on the basis of pregnancy, gender identity, or sexual orientation), national origin, age, disability, retaliation and genetic information.

The attached Fact Sheet provides an overview of the EEOC's procedures from the time a charge of employment discrimination is filed to the point that it is resolved.

We encourage you to visit our online Small Business Resource Center, which provides a wealth of information designed to help small businesses. We offer tips and short videos on key employment topics including what to do when you receive a charge of discrimination.

In most cases, as our first step in processing a charge, we offer mediation as a neutral, voluntary and confidential way to achieve a mutually satisfactory resolution for all parties. Seventy-five percent of charges that are mediated are successfully resolved. In an independent study, 96% of employers who tried the EEOC's mediation program said they would use it again if the need arose.

In addition to the EEOC representative identified on the Notice of Charge of Discrimination, each of our district offices has a Small Business Liaison to provide technical assistance and help employers resolve questions about the laws we enforce, our mediation program, and the charge process. You can find the names and contact information of our Small Business Liaisons on our web site.

We encourage you to contact the Small Business Liaison in your area to answer any questions you may have and assure you that any inquiry or request for information will not adversely affect the investigation of the charge that has been filed.

Yours truly,

U.S. Equal Employment Opportunity Commission

### *Find the Answers at EEOC's Small Business Resource Center*

The EEOC's Small Business Resource Center (www.eeoc.gov/employers/smallbusiness) is filled with useful information for small business and can connect you with EEOC staff in your area who can help you.

- *Have a question? Need training for your staff or one-on-one assistance?*

  To request information about the EEOC, training on federal employment discrimination laws or an explanation of the charge process, contact your local EEOC Small Business Liaison. We are here to help.

- *Want quick information online?*

  The EEOC's Small Business Liaisons have created videos with the small business owner in mind and the simple straightforward information that you need most. For example, you may need to know what questions you shouldn't ask in a job interview, and other tips for the hiring process.

  Also see our Frequently Asked Questions.

- *Need an employment policy or practical tips on preventing job discrimination?*

  See 10 Quick Tips for Small Business.

- *Need to know more about EEOC's charge process?*

  We have a video on Responding to a Charge of Discrimination.

- *What is mediation?*

  The EEOC's mediation program offers a free, voluntary, confidential and informal resolution process for many charges of discrimination. Mediations are conducted by a neutral mediator. If mediation is successful, there is no investigation.

- *Want information about a specific topic?*

  Our Resources page explains the types of employment discrimination covered by the EEOC's laws as well as the legal requirements you need to know.

We can also direct you to other federal agencies for information on issues such as minimum wage and overtime pay or family and medical leave. The Resources page gives a link to small business assistance from the SBA and provides information on the Small Business Regulatory Enforcement Fairness Act (SBREFA), which allows small businesses to comment on federal agency enforcement actions to the SBA Ombudsman.

You can order our Publications online free of charge or print them for use. You can also order the EEOC's poster, "EEO Is The Law," here.

**For more information and assistance call the EEOC toll-free at 1-800-669-4000 or use our sign language access line at 1-844-234-5122 (ASL Video Phone)**

# EEOC (INQUIRY) NUMBER: 493-2021-00441

## Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 12/17/2020

**Reason for Complaint:** Retaliation - I complained to my employer about job discrimination

**Pay Disparity:**

**Location of Incident:** Arkansas

**Submission (initial inquiry) Date:** 12/17/2020

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### INQUIRY OFFICE

**Receiving:** Little Rock Area Office

**Accountable:** Little Rock Area Office

### APPOINTMENT

**Appointment Date and time:** 03/01/2021 10:30 AM US/Central

**Interview Type:** Phone

### APPROXIMATE DEADLINE FOR FILING A CHARGE: 06/16/2021

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Dennis, R

**Last Name:** Bohannon

**Street or Mailing Address:** 1418 Lakerest Road

**Address Line 2:** Apt 2

**City, State, Zip:** Proctor, , 72376

**Country:** UNITED KINGDOM

**Year of Birth:**

**Email Address:** dennisbohannon@yahoo.com

**Home Phone Number:** 8702259292

**Cell Phone Number:**

## RESPONDENT/Employer

**Organization Name:** CRISP CONTRACTORS

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** An uncertain number of employees

**Street or Mailing Address:** 1589 THOMPSON AVE

**Address Line 2:**

**City, State, Zip Code:** WEST MEMPHIS,AR, 72301

**County:** Crittnetion

**Phone Number:**

## RESPONDENT CONTACT

**First and Last Name:**

**Email Address:**

**Phone Number:**

**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** M

**Disabled:**  I do not have a disability

**Are you Hispanic or Latino?**  not hispanic or latino

**Ethnicity:**  Black or African American,

**National Origin:**  American(U.S.)

### Adverse Action(s)

When I told my Forman he did nothing the first 2 times.. then I told him today (12/17/2020) that he put his hands on me he told me i was laid off till he find out what happen...

# Supplemental Information

### What Reason(s) were you given for the action taken against you?

None

### Was anyone in a similar situation treated the same, better, or worse than you?

A co worker busted his head open an wasn't nun did about it.. but when the Forman had a paint can bust in his face ever evey 1 threw a meeting

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

Justin Stafford 870 635 8343.. milo jones.8705596493... they will tell u the Justinstafford310@gmail.com thing they seen it

### Please tell us any other information about your experience?

It was embarrassing.......to stand there an let sumone do that 2 u... scared terrifying.....

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 493-2021-00441 |
| | | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>**MR. DENNIS R BOHANNON** | Home Phone<br>**(870) 225-9940** | Year of Birth<br>**1984** |
|---|---|---|

Street Address    City, State and ZIP Code

**1418 LAKEREST ROAD, APT 2, PROCTOR, AR 72376**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**CRISP CONTRACTORS** | No. Employees, Members<br>**201 - 500** | Phone No.<br>**(870) 394-6317** |
|---|---|---|

Street Address    City, State and ZIP Code

**1589 THOMPSON AVE, WEST MEMPHIS, AR 72301**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address    City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **09-18-2020**    Latest **12-17-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I was hired on or about March 6, 2020, with my most recent position as a Paver Operator. I was yelled at and degraded by the President, which I expressed my opposition to the treatment. Around December 17, 2020, I was yelled and assaulted by the President and told to go home until I was called back to work. Later the same day, I was discharged.**

**I believe I was subjected to the above treatment, sent home, and discharged because of my race, Black, and discharged in retaliation for opposing inappropriate treatment in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Dennis Bohannon on 03-31-2021 11:45 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.   FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

**2.   AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.   PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.   ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.   WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**U.S. Equal Employment Opportunity Commission**
**Little Rock Area Office**

820 Louisiana
Suite 200
Little Rock, AR 72201
(501) 324-5060
TTY (501) 324-5481
Fax: (501) 324-5991

Charging Party: Dennis R. Bohannon, Jr.
EEOC Charge No.: 493-2021-00441

April 9, 2021

Denver Crisp
President
CRISP CONTRACTORS
1589 Thompson Ave
West Memphis, AR 72301

Dear  Crisp:

Your organization is hereby requested to submit information and records relevant to the subject charge of discrimination. The Commission is required by law to investigate charges filed with it, and the enclosed request for information does not necessarily represent the entire body of evidence which we need to obtain from your organization in order that a proper determination as to merits of the charge can be made. Please submit a response to the requested information by the deadline cited below.

The information will only be disclosed in accordance with 29 C.F.R. 1601.22, or otherwise made public if the charge results in litigation.

Sincerely,

*Lynda Fier*

Lynda F. Fier
Enforcement Supervisor

Response Deadline Date: May 8, 2021

The following dates are considered to be the "relevant period" for the attached Request for Information:
September 18, 2020 - December 17, 2020

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## REQUEST FOR INFORMATION

Charging Party: Dennis R. Bohannon, Jr.
Respondent: CRISP CONTRACTORS
EEOC Charge No.: 493-2021-00441

1. Give the correct name and address of the facility named in the charge.

2. State the total number of persons who were employed by your organization during the relevant period. Include both full and part-time employees. How many employees are employed by your organization at the present time?

3. Supply an organizational chart, statement, or documents which describe your structure, indicating, if any, the relationship between it and superior and subordinate establishments within the organization.

4. Supply a statement or documents which identify the principal product or service of the named facility.

5. State the legal status of your organization, i.e., corporation, partnership, tax-exempt non-profit, etc. If incorporated, identify the state of incorporation.

6. State whether your organization has a contract with any agency of the federal government or is a subcontractor on a project which receives federal funding. Is your organization covered by the provisions of Executive Order 11246? If your answer is yes, has your organization been the subject of a compliance review by the OFCCP at any time during the past two years?

7. Submit a written position statement on each of the allegations of the charge, accompanied by documentary evidence and/or written statements, where appropriate. Also include any additional information and explanation you deem relevant to the charge.

8. Submit copies of all written rules, policies and procedures relating to the issue(s) raised in the charge. If such does not exist in written form, explain the rules, policies and procedures.

Date: 3/1/2021
Telephone Intake Interview
EEOC Charge#: 493-2021-00441

Charging Party (CP): Dennis Bohannon
Telephone#:870-225-9292

Respondent ( R):  Crisp Contractors

Position: Paver Operator (promoted 9/2020 $14.50/hour 40
          hours/week) Rolling Man (hired)
Manager: Steve Lemons, Foreman
# of Employees (EE): 300-400
DOH: 3/6/2020
Discharged: 12/17/2020
Reason for Discharge: no reason given
Current Status: unemployed, unemployment benefits pending


Basis-                         Issue-

Lemons hired CP for the position. Lemons and Nick Haynes,
President sent CP home on December 17, 2020.

**Job Description**: laid asphalt on the road according to length
and depth measurements.

**Discipline**:no verbal or written warnings

Around September 18, 2020, CP texted Lemons about Haynes being
inappropriate to the workers. Haynes was cursing at the workers
telling them to get off their fucking asses and get to work.
Haynes questioned if they were fucking tired and when CP
responded yes then he told him to get in his fucking car and
leave if he doesn't want to work. Haynes would rush employees
back to work from lunch. Another time, CP states Haynes got
upset when he got hit in the head with a paint can, which it
fell off a platform.  CP states Haynes was looking to discipline
someone for it.

On December 17, 2020, Haynes was yelling at CP about his
performance. CP called Lemons about Haynes behavior, but he told
CP that he was not around to do anything about it. Haynes
grabbed CP by the arm and pulled him off the paver. Haynes told
CP to leave and go home until he is called back.  CP states he
continued to work until the end of the day.  Later that evening,
CP was told by Lemons in a text message not to return to work

Page **1** of **2**

until they call him back that they will check into everything.
CP asked why Haynes put his hands-on CP.   Lemons told CP that
he will need to talk to Haynes because he was not at work that
day and cannot answer his question.

CP cannot provide a basis under EEOC's laws. CP will speak with
his attorney to figure out what he wants to do and contact EEOC
at a later date and time if he decides to file a charge.  I
informed CP that he has until June 16, 2021, to file a charge
based on the DOV of 12/17/2020.


**Desired Resolution:**


I explained the EEOC process, RTS letter, and the time
limitations. CP understands to receive a position statement if
and when one is available to request the position statement
through the portal.  CP understands that their charge could be
dismissed at any time.

Krisharna Blackman
Investigator Support Assistant

Date of Hire (DOH)    Date of Violation (DOV)      Employee (EE)      Charging Party (CP)
First Name Unknown (FNU) Last Name Unknown (LNU)          Statue of Limitations (SOL)
Rights to Suit (RTS) Respondent (R)   Supervisor (Supv)      Manager (Mgr)Human       Resources
(HR) Alternate Dispute Resolution (ADR)          Plant Manager (PM)

Date: 3/1/2021
Telephone Intake Interview
EEOC Charge#: 493-2021-00441

Charging Party (CP): Dennis Bohannon
Telephone#:870-225-9292

Respondent ( R):  Crisp Contractors

Position: Paver Operator (promoted 9/2020 $14.50/hour 40
          hours/week) Rolling Man (hired)
Manager: Steve Lemons, (W-White) Foreman
# of Employees (EE): 300-400
DOH: 3/6/2020
Discharged: 12/17/2020
Reason for Discharge: no reason given
Current Status: unemployed, unemployment benefits pending


Basis-race, Black and retaliation
Issue-harassment and discharge

Lemons hired CP for the position. Lemons and Nick Haynes, (W)
President sent CP home on December 17, 2020.

**Job Description**: laid asphalt on the road according to length
and depth measurements.

**Discipline**: no verbal or written warnings

Around September 18, 2020, CP texted Lemons about Haynes being
inappropriate to the workers. Haynes was cursing at the workers
telling them to get off their fucking asses and get to work.
Haynes questioned if they were fucking tired and when CP
responded yes then he told him to get in his fucking car and
leave if he doesn't want to work. Haynes would rush employees
back to work from lunch. Another time, CP states Haynes got
upset when he got hit in the head with a paint can, which it
fell off a platform.  CP states Haynes was looking to discipline
someone for it.

On December 17, 2020, Haynes was yelling at CP about his
performance. CP called Lemons about Haynes behavior, but he told
CP that he was not around to do anything about it. Haynes
grabbed CP by the arm and pulled him off the paver. Haynes told
CP to leave and go home until he is called back.  CP states he
continued to work until the end of the day.  Later that evening,

Page **1** of **2**

CP was told by Lemons in a text message not to return to work until they call him back that they will check into everything. CP asked why Haynes put his hands-on CP.   Lemons told CP that he will need to talk to Haynes because he was not at work that day and cannot answer his question.

CP cannot provide a basis under EEOC's laws. CP will speak with his attorney to figure out what he wants to do and contact EEOC at a later date and time if he decides to file a charge.   I informed CP that he has until June 16, 2021, to file a charge based on the DOV of 12/17/2020.

CP believes his race is a factor because of Hayes was verbally abusive to the Black employees and not the White employees.   CP states he never addressed them in the same manner.

**Desired Resolution:** unknown

I explained the EEOC process, RTS letter, and the time limitations. CP understands to receive a position statement if and when one is available to request the position statement through the portal.  CP understands that their charge could be dismissed at any time.

Krisharna Blackman
Investigator Support Assistant

Date of Hire (DOH)    Date of Violation (DOV)      Employee (EE)        Charging Party (CP)
First Name Unknown (FNU) Last Name Unknown (LNU)          Statue  of  Limitations  (SOL)
Rights to Suit (RTS) Respondent (R)  Supervisor (Supv)      Manager (Mgr) Human      Resources
(HR) Alternate Dispute Resolution (ADR)            Plant Manager (PM)

walked aw

followed h

ground after

beat wor

minutes ther

Ex

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 493-2021-00441 |
| | | and EEOC |

State or local Agency, if any

| | |
|---|---|
| Name (indicate Mr., Ms., Mrs.)<br>**Mr. Dennis R. Bohannon, Jr.** | Home Phone (Incl. Area Code)<br>**(870) 225-9940** · Date of Birth **1984** |
| Street Address · City, State and ZIP Code<br>**1418 Lakerest Road, Apt 2, Proctor, AR 72376** | RECEIVED APR 30 2021 LITTLE ROCK, AR |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**CRISP CONTRACTORS** | No Employees Members<br>**201 - 500** | Phone No. (Include Area Code)<br>**(870) 394-6317** |
|---|---|---|
| Street Address · City, State and ZIP Code<br>**1589 THOMPSON AVE, West Memphis, AR 72301** | | |

| Name | No Employees Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address · City, State and ZIP Code | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest **09-18-2020**   Latest **12-17-2020**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s))

I was hired on or about March 6, 2020, with my most recent position as a Paver Operator. I was yelled at and degraded by the President, which I expressed my opposition to the treatment. Around December 17, 2020, I was yelled and assaulted by the President and told to go home until I was called back to work. Later the same day, I was discharged.

I believe I was subjected to the above treatment, sent home, and discharged because of my race, Black, and discharged in retaliation for opposing inappropriate treatment in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT |
| X 04-1-2021   X *(signature)*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
FAX (501) 324-5991
Website: www.eeoc.gov

Dennis Bohannon, Jr.
1418 Lakerest Road, Apt. 2
Proctor, AR 72376

Re:     Dennis Bohannon, Jr. vs. Crisp Contractors
        EEOC Charge No.: 493-2021-00441

Dear Mr. Bohannon:

**This letter is to inform you the Commission is terminating the processing of your charge and gives notice of your right to file suit within 90 days.  No further action will be taken by this office regarding your charge of discrimination.  This determination concludes the processing of the charge by the EEOC, but does not affect your right to sue on your own behalf.  You may pursue the matter by filing in Federal District Court as explained in the Dismissal and Notice of Rights.  <u>You will receive an e-mail notification when the Dismissal and Notice of Rights has been uploaded into the Portal and available for you to download.</u>**

On May 5, 2021 a copy of the Respondent's position statement was released to you through the EEOC portal and you provided several documents in response to the position statement.  After receiving your responses to the position statement, all evidence collected during the investigation was thoroughly reviewed.  The investigation revealed the following facts:

You alleged that you were sent home and discharged due to your race, Black, and in retaliation for complaining about the Vice President yelling, in violation of Title VII of the Civil Rights Act of 1964, as amended.

According to the information gathered in the investigation, you complained about Nick Hayes, Vice President, yelling and cursing.  This type of complaint does not rise to the level of a protected activity under Title VII of the Civil Rights Act of 1964, as amended, as it is not a complaint of discrimination based on a basis covered by the law.  Therefore, if an employer takes action against an employee because they complained of yelling and cursing, it would not be illegal under the law. You alleged that you were sent home on or about December 17, 2020 after a disagreement with Hayes and told not to return to work until after January 1, 2021. According to statements submitted by respondent, you became angry on December 17, 2020 and left work and did not return. Respondent alleged that you had been disrespectful to Hayes in meetings and at one point was moved to work under a different company because of ongoing issues. You alleged that your race was a factor in your discharge because Hayes only yelled at Black employees, however you provided no evidence to support this allegation.  While Hayes may have yelled at you, he is not comparative to you since he is a vice president. You provided no evidence of other similarly situated employees of a different race who engaged in similar behavior and were treated better.

You provided several screenshots of text messages in response to the position statement.  I reviewed the additional information you submitted, and it is not sufficient evidence to show that

you were subjected to discrimination based on race or retaliation. The text messages indicate that you have had disrespectful communications with your supervisor. Based upon the evidence gathered, EEOC is unable to conclude that there was a violation under the laws enforced by EEOC.

Sincerely,

July 7, 2021

Matilda Louvring                                    Date
Investigator

Enclosure

YOUR FULL NAME: *Denn*

STREET ADDRESS: 401.

CITY & STATE: West

TELEPHONE NO. HOME: 870

YOUR EMAIL ADDRESS: 

YOUR EMPLOYER: Cris

ification

ddress,

f possible.

s, E-Mails,

| | |
|---|---|
| **From:** | MATILDA LOUVRING |
| **To:** | "dennisbohannon@yahoo.com" |
| **Subject:** | EEOC investigation letter |
| **Date:** | Wednesday, July 7, 2021 12:33:00 PM |
| **Attachments:** | Dennis Bohannon DI with Email.pdf |

Mr. Bohannon:  please see the attached letter in reference to the investigation of your EEOC charge.

Thank you,

Matilda Louvring
Investigator
U.S. Equal Employment Opportunity Commission
Little Rock Area Office
820 Louisiana Street, Suite 200
Little Rock, AR 72201
501-900-6142 **(NEW NUMBER)**
501-324-5991(fax)
Matilda.Louvring@eeoc.gov

**\*\*Since March 18, 2020 and due to the Covid-19 epidemic, the best way to communicate with me is by via email. Please note that when I return your call I will be calling from 501-900-6142\*\***

Find "What You Can Expect After You File a Charge" at https://www.eeoc.gov/what-you-can-expect-after-you-file-charge

You can check the status of your EEOC charge at:
https://publicportal.eeoc.gov/portal/EEOC/CheckChargeStatusIMS.aspx

You can log into your EEOC account online at: https://publicportal.eeoc.gov/portal/SignIn.aspx?From=Home

For EEOC Public Portal Technical Assistance call 1-800-569-7118 or email digitalsupport@eeoc.gov

On April 27, 2021, I went into the field to interview employees that were on site the day of the alleged confrontation.  The employees interviewed are Justin Stafford, Makaleb Bray & Robert Milow.

The interviewed employees were on the same paving crew as Dennis and were within distance to observe what was going on.  Robert Milow was next to Dennis when he and Nick were talking.  According to each employee, no discriminating or degrading remarks were made by Nick or Dennis.  It may have appeared yelling was taking place, but it was not in the manner Dennis expresses, they were standing beside paving equipment running full throttle.  Each person has to speak loudly to be heard due to the noise from the equipment running as well as in case of ear protection being worn.

After speaking with each employee interviewed, each felt Dennis lacked respect for Nick due to Dennis feeling he should be paid more money.  According to the employees, Dennis has been very disrespectful to Nick in company safety meetings and was a very unhappy employee.


Mike Walker

Assistant EEOC Officer

EEOC Form 161 (11/2020)       **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Dennis R. Bohannon, Jr.**<br>**1418 Lakerest Road, Apt 2**<br>**Proctor, AR 72376** | From: | **Little Rock Area Office**<br>**820 Louisiana**<br>**Suite 200**<br>**Little Rock, AR 72201** |
|---|---|---|---|

|  | ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **493-2021-00441** | **Matilda S. Louvring,**<br>**Investigator** | **(501) 324-5535** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

July 7, 2021

**William A. Cash, Jr.,**
**Area Office Director**

*(Date Issued)*

Enclosures(s)

cc:     **Nick Haynes**
**Vice-President**
**Crisp Contractors**
**1598 Thompson Ave**
**West Memphis, AR 72301**

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Officer

Dennis Bohannon contacted me a few days after December 17, 2020 regarding the situation in question. He asked for me to have Denver (company President) give him a call to discuss what happened. I informed Dennis that the situation was between him & Nick (company Vice President). I suggested to him that he talk to his immediate supervisor and discuss his concerns. I did inform Denver of the situation and told him Dennis would like to speak to him.

P.J. Hulse
EEOC Officer



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Little Rock Direct Dial: (501) 900-6130
FAX (501) 324-5991
Website www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

RE:     EEOC Charge No.:     493-2021-00441
`       Charging Party:      Dennis Bohannon Jr.
        Respondent:          Crisp Contractors

Dear Mr. Bohannon,

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon.  Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal.  For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful.  If you have questions, please contact Rita Barnes by telephone at 501-900-6146 or email at rita.barnes@eeoc.gov.


            Sincerely,

            *Rita Barnes*

            Rita Barnes
            Enforcement Supervisor            07/21/2021
                                              Date Mailed




Enclosure

3:48

## Steve
+18703172919

Uea u shouldve ask him wdf h
his hands on me... an YELLIN
FUCKIN AGAIN FOR THE 3RD
an gne tell me he can say an c
eva he want me to me

6:06 PM

Well I don't know exactly what he said
because I wasn't there I was working
on the paver he told me a little bit
about what happened but I know he's
pissed as hell

Why u ain't ask me qat ha

6:22 PM

Just his words good enough h
fuck wat he did 2 me rite????

6:24 PM

I Didn't get a chance talk to you about
it as I was trying to get done before it
got dark

Case 3:23-cv-00120-DPM   Document 10   Filed 10/17/23   Page 47 of 52

**Steve**
+18703172919

...the reason why.. so wit that being said wat gives him the reason to put h hands on me.. dats qat I wana no...DATS ASAULT

6:35 PM

Now if I would've put my hands on him.. he would've press charges...an u no he wld have....BUT IM JUST SUPPOSE TO JUST TAKE IT.. CAISE HIS NAME NICK HANES.....

6:36 PM

Like I said Dennis I don't know why he did I wasn't there b

6:37 P

If it was that bad Dennis then you need to talk to Nick

6:40 P

Wdf im talkin to him for he put his hands on me...

3:49 

< **Steve**
+18703172919



Dennis I've talked to a couple of guys and I haven't talked to Nick yet but I am.  Don't come in tomorrow. We aren't working Saturday because of rain.  I will get to the bottom of all of this and I will get back to you. Until then you are off.

I'm off..... wh

I dnt need to b off for sum sh

7:30 PM



Until I get get some answered and talk to Nick.

Ok so I get time off cause he p hands on me???? Really

7:31 PM



No sir but I will talk to Nick.                7:32 PM

3:50

# Steve
+18703172919

Dat shit ain't rite... nun at all I
buddy buddy am so on.. hut I
u 3 time an tld u wdf dis man
an all u can do is make up exc
for him now u dne put his han
me for sum sumbody else did
wana lay me off  to get to the
of wat happen.....WHY WLD I
BOUT SUM

**View all**

7:44 PM

Been round nick all day.... alllll
but couldn't say nun den...

7:45 PM

 I will text you in the morning. I will
talk to nick.

Friday, December 18, 2020

3:50

# Pj Wrk
+18703946317

12:08 PM  Ok

Thursday, November 12, 2020

**P**  Be sure to pick up your check stub this week.  Your insurance cards are with it.

10:30 AM  Ok

Monday, December 21, 2020

1:17 PM  Pj did u

**P**  I haven't had a chance to talk to him yet

4:33



12:38  55°  64°

# Cuzz
+18705596493

Write the sta

Dat

10:23 PM

Send email address  10:23 PM

They cnt find out, they might try to fired me...but family 1st

If they do my lawyer said u ca them for that

Ima send u the pa

10:24 PM

Ok...12  10:25 PM

10:26 P