## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

DENNIS BOHANNON                                                    PLAINTIFF

v.                              No. 3:23-cv-120-DPM

NICK HAYNES                                                        DEFENDANT

### ORDER

1.      Bohannon sues Haynes under Title VII of the 1964 Civil Rights Act.  Bohannon says he was fired, even though he had done nothing wrong, after Haynes assaulted him on the job.

2.      This Court, however, does not have the power—subject matter jurisdiction—to handle this case.  Bohannon hasn't presented a question of federal law.  28 U.S.C. § 1331.  Haynes can't be individually liable under Title VII because he is not an employer.  42 U.S.C. §2000e(b);  *Spencer v. Ripley County State Bank*, 123 F.3d 690, 691 (8th Cir. 1997).   And because Bohannon and Haynes are both Arkansawyers, there is no jurisdiction based on diversity of citizenship, either.  28 U.S.C. § 1332(a)(1).

3.      The Court will therefore dismiss Bohannon's complaint without prejudice for lack of subject matter jurisdiction.  Fed. R. Civ. P. 12(h)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

16 November 2023