IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DENNIS BOHANNON                                                    PLAINTIFF

v.                              No. 3:23-cv-120-DPM

NICK HAYNES                                                        DEFENDANT

## JUDGMENT

Bohannon's complaint is dismissed without prejudice for lack of subject matter jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2023